United States Courts
Southern District of Texas
FILED

*September 14, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. |
| | § | |
| MARIA DELORES BOTELLO-MORALES, | § | |
| ESTEBAN H. TORIBIO, | § | |
| EDGAR ADRIAN BOTELLO, | § | 4:21-cr-207 |
| ARIAN BOTELLO, WALTER ALFREDO | § | |
| AGUILAR, and | § | |
| YUDY LUCATERO, | § | |
| Defendants. | § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment:

1. The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as "any person under the age of eighteen years."

2. The term "child pornography," for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(8)(A), as:

> "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where -
>
> (A) the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct."

3. The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code, Section 2256(2)(A), as any:

> "actual or simulated -
> (i) sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or oral [to] anal, whether between persons of the same or opposite sex; [or]

1

      (ii)    bestiality; [or]
      (iii)   masturbation; [or]
      (iv)   sadistic or masochistic abuse; or
      (v)    [the] lascivious exhibition of the anus, genitals or pubic area of any person."

4. The term "computer" is defined, pursuant to Title 18, United States Code, Sections 2256(6) and 1030(e)(1), as any:

> "electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or
> communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

5. The term "producing", for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(3) and case law, as:

> "producing, directing, manufacturing, issuing, publishing or advertising" and includes downloading or copying visual depictions from another source.

6. The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section 2256(5), as including, but is not limited to, any:

> "undeveloped film and videotape, [and] data stored on computer disk or by electronic means which is capable of conversion into a visual image."

## COUNT ONE
### (Conspiracy to Commit Sex Trafficking)

From on or about January 1, 2015, through October 29, 2020, in the Southern District of Texas and elsewhere,

**MARIA DELORES BOTELLO-MORALES,**
**EDGAR ADRIAN BOTELLO,**
**ARIAN BOTELLO,**
**WALTER ALFREDO AGUILAR**
**and**
**YUDY LUCATERO,**

conspired and agreed with each other, and others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means, and benefited financially and by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means, any persons knowing and in reckless disregard for the fact that means of force, fraud, and coercion would be used to cause these persons to engage in commercial sex acts.

**In violation of Title 18, United States Code, Sections 1594(c), 1591(a)(1), (a)(2), (b)(1).**

## COUNT TWO
**(Sex Trafficking of Minors)**

From on or about January 1, 2007, through April 31, 2007, in the Southern District of Texas and elsewhere,

**MARIA DELORES BOTELLO-MORALES, and
ESTEBAN H. TORIBIO,**

defendants herein, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a minor female known as Minor Victim 1, who had attained the age of 14, but was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Minor Victim 1, knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Minor Victim 1 to engage in a commercial sex act, and that (2) Minor Victim 1, whom defendants had a reasonable

3

opportunity to observe, had not attained the age of 18 years and would be caused to engage in a commercial sex.

**In violation of Title 18, United States Code, Sections 1591(a), (b), (c) and (2).**

## COUNT THREE
### (Sex Trafficking by Force, Fraud or Coercion)

From on or about January 1, 2015, through October 29, 2020, in the Southern District of Texas and elsewhere,

**MARIA DELORES BOTELLO-MORALES,
EDGAR ADRIAN BOTELLO,
WALTER ALFREDO AGUILAR,
and,
ARIAN BOTELLO,**

defendants herein, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a female known as Adult Victim 1, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Adult Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Adult Victim 1 to engage in a commercial sex act.

**In violation of Title 18, United States Code, Sections 1591(a), (b)(1) and 2.**

## COUNT FOUR
### (Sex Trafficking by Force, Fraud or Coercion)

From on or about August 23, 2017, through October 29, 2020, in the Southern District of Texas and elsewhere,

**MARIA DELORES BOTELLO-MORALES,
EDGAR ADRIAN BOTELLO,
WALTER ALFREDO AGUILAR,
and,
ARIAN BOTELLO,**

defendants herein, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a female known as Adult Victim 2, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Adult Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Adult Victim 2 to engage in a commercial sex act.

**In violation of Title 18, United States Code, Sections 1591(a), (b)(1) and 2.**

## COUNT FIVE
### (Possession of Child Pornography)

On or about April 1, 2021, within the Southern District of Texas,

**EDGAR ADRIAN BOTELLO,**

defendant herein, did knowingly possess material that contained images of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, or which were produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by

computer, more specifically: an Alien laptop containing a Seagate hard drive; which contained images of child pornography.

**In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## NOTICE OF FORFEITURE
(18 U.S.C. § 1594(d))

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to defendants,

**MARIA DELORES BOTELLO-MORALES,
EDGAR ADRIAN BOTELLO,
ARIAN BOTELLO,
WALTER ALFREDO AGUILAR,
ESTEBAN H. TORIBIO,
and,
YUDY LUCATERO,**

that in the event of conviction of the offenses charged in Counts One through Four of this Indictment, the following property is subject to forfeiture:

(1)  all real and personal property that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and all property traceable to such property; and

(2)  all real and personal property constituting or derived from proceeds obtained, directly or indirectly, as a result of such violation and all property traceable to such property.

**Property Subject to Forfeiture**

Defendants are notified that the property subject to forfeiture includes, but is not limited

to, the following property:

(1) The real property, improvements and appurtenances located at 2225 McCarty

   Street, Houston, Texas 77029, and legally described as:

   > Lot Fifteen (15) Block Sixty-Nine (69)
   > Port Houston NS.

(2) The weapons located at 6606 Eastleigh Lane:

   a. Remington Model 700 RR667940
   b. Scope 9x40 (attached to Remington)
   c. KEL-TEC KSG 12g XXFR23
   d. H&K USC 41-017913
   e. DET5845 S&W MP15-22
   f. Tasco Reddot Scope (attached to S&W MP 15-22)
   g. DiamondBack Firearms 300 BLK
   h. Vortex Strikefire scope (attached to diamondback)
   i. Lasersight (attached to diamondback)
   j. SCCY CPX-2 671876
   k. Canik TPQ-SFX 17 BC13855
   l. Vortex razor sight (attached to Canik)
   m. Crimson Trace Lazer Sight (attached to Canik)
   n. Pmag 305.56x45
   o. S&W 22LR25rd mag
   p. 9 mm mag
   q. H&K mag
   r. 9mm rounds
   s. 22 LR rounds
   t. .300blk rounds
   u. .45 cal rounds

## **Money Judgment and Substitute Assets**

In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture. The United States may seek the imposition of a money judgment.

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Count Five of the Superseding Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Count Five; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count Five, or any property traceable to such property, including, but not limited to, the following:

    An Alien containing a Seagate hard drive.

A True Bill:

Original signature on file
Grand Jury Foreperson

JENNIFER LOWERY
United States Attorney

By: /s/ Sherri L. Zack
Sherri L. Zack
Assistant United States Attorney
713-567-9374